NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1460, -1461, -1462, -1465

SPANSION, INC. and SPANSION, LLC,

Appellants,

and

FREESCALE SEMICONDUCTOR, INC.,

Appellant,

and

ATI TECHNOLOGIES, ULC,

Appellant,

and

STMICROELECTRONICS N.V.,

Appellant,

and

QUALCOMM INCORPORATED,

Appellant,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

TESSERA, INC.,

Intervenor.

On appeal from the United States International Trade Commission in Investigation No. 337-TA-605.

ON MOTION

Before LOURIE, Circuit Judge.

ORDER

The parties move for an extension of time, until January 13, 2010, for the appellee and intervenor to file their briefs, and an extension of time, until February 17, 2010, for the appellants to file their reply briefs. The International Trade Commission moves for leave to file an opening brief of up to 20,000 words. Tessera, Inc. moves for leave to file an opening brief of up to 28,000 words.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion for an extension of time is granted.

(2)    The International Trade Commission's motion is granted. Pursuant to Fed. Cir. R. 28(c), the extra word count is not to be applied to the appellants' reply briefs.

(3)    Tessera's motion is granted in part; Tessera may file a brief not to exceed 20,000 words. Pursuant to Fed. Cir. R. 28(c), the extra word count is not to be applied to the appellants' reply briefs.

FOR THE COURT

DEC 02 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk



FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 02 2009

JAN HORBALY
CLERK

2009-1460 et al.                    2

cc: Paul D. Clement, Esq.
Morgan Chu, Esq.
Megan M. Valentine, Esq.
Carter G. Phillips, Esq.
Kenneth R. Adamo, Esq.
Stephen B. Kinnaird, Esq.
Michael J. Bettinger, Esq.

s8